**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, *et al.*, | |
| Plaintiffs, | 2:16-cv-00856-RCJ-VCF |
| vs. | **ORDER** |
| BWIN PARTY DIGITAL ENTERTAINMENT, PLC, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiffs' Motion for Expedited Briefing re: Plaintiffs' Motion to Compel (ECF No. 129).

Plaintiffs have given sufficient cause to grant the instant motion.

Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Expedited Briefing re: Motion to Compel (ECF No. 129) is GRANTED. Any opposition to the Motion to Compel (ECF No. 126) must be filed on or before December 18, 2017. Any reply in support of the Motion to Compel (ECF No. 126) must be filed on or before December 21, 2017.

IT IS FURTHER ORDERED that a hearing is scheduled for 2:30 PM, January 3, 2018, on the following motions:

1. Defendants' Motion For Stay Pending *Inter Partes* Review Of Patents-In-Suit (ECF No. 117),

2. Plaintiffs' Motion To Compel Discovery On All Accused Products (ECF No. 118),

3. Motion For Leave To File Supplemental Evidence For Defendants' Motion For Stay Pending *Inter Partes* Review Of Patents-In-Suit (ECF No. 125),

4. Plaintiffs' Motion To Compel Document Production (ECF No. 126).

IT IS FURTHER ORDERED that any opposition to the motion to seal (ECF No. 127) must be filed on or before December 19, 2017. No reply necessary.

IT IS SO ORDERED.

DATED this 11th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE